Mark Brnovich
Attorney General
Firm State Bar No. 14000

Christopher J. Dylla
Assistant Attorney General
Arizona Bar No. 027114
Office of the Attorney General
1275 West Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-8389
Facsimile: (602) 542-4273
Email: christopher.dylla@azag.gov
Attorneys for the State of Arizona
 *ex rel*. Arizona Department of Revenue

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GAUTAM CHOPRA,<br>SSN: XXX-XX-1776<br><br>Debtor. | Chapter 13<br><br>Case No. 2:17-bk-10481-DPC<br><br>**OBJECTION TO CONFIRMATION OF ORIGINAL CHAPTER 13 PLAN**<br><br>Docket No. 2 |

The State of Arizona *ex rel.* Arizona Department of Revenue ("Department") objects to the *Original Chapter 13 Plan* ("Plan"), filed by Gautam Chopra ("Debtor") on September 6, 2017, as follows:

1. The Department is the agency empowered and entitled to enforce Arizona tax laws and regulations, including but not limited to individual income taxes. A.R.S. § 43-208.

2. Debtor is an individual residing in the State of Arizona and upon information and belief is required to file and pay certain tax liabilities to the Department, including individual income

taxes. *See* A.R.S. §§ 43-301, 43-501.

3. The Department filed a proof of claim establishing a priority claim in the amount of $10,578.00. A true and accurate copy of the Department's Original Proof of Claim ("Claim") dated September 13, 2017 is No. 1-1 on the Court's Claims Register. In addition, the Department's Claim indicates that the Debtor has failed to file the tax returns indicated below ("Outstanding Returns"):

| Income | 2010 through 2015 |
|---|---|
| TPT | Not Applicable |
| WTH | Not Applicable |

4. As indicated in the Department's Claim, the Debtor has failed to file all tax returns as required by 11 U.S.C. § 1308. Failure of the Debtor to file the Outstanding Returns constitutes cause to convert or dismiss the case. *See* 11 U.S.C. § 1307(e), Local Rule of Bankruptcy Procedure 2084-5. Moreover, the Plan cannot be confirmed until such time that the Debtor files the Outstanding Returns. 11 U.S.C. § 1325(a)(9). Signed, dated, and non-redacted copies of the returns may be sent to michelle.schlosser@azag.gov, which the Department will accept as filed on the date that they are received by the Attorney General's Office.

5. The Department's Claim is entitled to priority treatment pursuant to 11 U.S.C. § 507(a)(8)(A). The Plan is required to provide payment in full of all priority claims, unless the claimant agrees otherwise. 11 U.S.C. § 1322(a)(2). Here, the Department has not agreed to different treatment than what Section 1322 requires and the Plan does not provide for the full payment of the Department's priority claim. Therefore, the Plan cannot be confirmed. 11 U.S.C. § 1325(a)(1).

6. The Department reserves the right to amend, supplement, or withdraw its objection to confirmation.

## Conclusion

Any Chapter 13 plan proposed by the Debtor must provide for and eliminate the objections specified herein in order to be reasonable and to comply with applicable provisions of 11 U.S.C. § 1325. Since the Plan, as it is currently proposed, does not comply with 11 U.S.C. § 1325, the Plan cannot be confirmed.

WHEREFORE, the Department prays as follows:

1. That Confirmation of the proposed Chapter 13 Plan be denied, or in the alternative, that the Plan be amended or modified to remedy the Department's objections herein;

2. That failure of the Debtor to amend or modify the Plan to conform with the Bankruptcy Code in a reasonable time, that the Court dismiss or convert this case to a Chapter 7; and

3. For such other and further relief as this Court deems proper.

RESPECTFULLY SUBMITTED this 25th day of October, 2017.

                        MARK BRNOVICH
                        Attorney General

                        /s/ CJD No. 027114
                        Christopher J. Dylla
                        Assistant Attorney General
                        Attorney for the State of Arizona
                         *ex rel.* Arizona Department of Revenue

1. ORIGINAL of the foregoing filed electronically this 25th day of October, 2017 with:

2. United States Bankruptcy Court
3. Phoenix Division
   230 North First Avenue, Suite 101
4. Phoenix, AZ 85003

5. COPY of the foregoing sent for mailing or by email* this 25th day of October, 2017 to:

6.
   Brian C. Dault*
7. Dault Law Offices
   668 North 44th Street, Suite 300
8. Phoenix, AZ 85008
9. brian@daultlaw.com
   *Attorney for Debtor*
10.
    Russell A. Brown*
11. Chapter 13 Trustee
    3838 North Central Avenue, Suite 800
12. Phoenix, AZ 85012-1965
13. mail@ch13bk.com
    *Chapter 13 Trustee*
14.

15.

16. /s/ Paula Shanahan
    6303499/BCE17-03818
17.

4