Lakshmi Jagannath, Esq. (027523)
Ross M. Mumme, Esq. (029956)
**McCARTHY & HOLTHUS, LLP**
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258
Phone (480) 302-4250
Fax (480) 302-4101
bknotice@mccarthyholthus.com

Attorneys for Bank of America, N.A.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:17-bk-10481-DPC |
| | ) |
| | ) Chapter 13 |
| Gautam Chopra, | ) |
| | ) **OBJECTION TO CONFIRMATION OF** |
| Debtor. | ) **CHAPTER 13 PLAN** |
| | ) |
| | ) Docket No. 2 |

  Bank of America, N.A., ("Secured Creditor") in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the Chapter 13 Plan proposed by Gautam Chopra ("Debtor").

  1. Secured Creditor is entitled to receive payments pursuant to a Promissory Note which matures on 4/1/2022 and is secured by a Deed of Trust on the subject property commonly known as 8180 Boat Hook Loop #309, Windermere, FL 34786 ("Property"). As of 9/6/2017, the total amount owing on the obligation was approximately $34,386.20 and the amount in default was approximately $601.82. A Proof of Claim detailing the arrearages is forthcoming and will be filed on or before the claims bar date 01/16/2018; however, Secured Creditor submits the following objections to timely preserve its rights and treatment under the proposed Plan.

  2. The Plan identifies the creditor to which the property is being surrendered as Ditech Financial LLC instead of Bank of America, N.A. Bank of America, which holds the Note,

1

objects to this proposals, and requests that the Plan be amended to reflect Bank of America as the secured creditor.

3. Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtor shall commence making the payments proposed by the Plan within 30 days after the Petition is filed. The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. As such, the Plan cannot be confirmed.

## CONCLUSION

Any Chapter 13 Plan proposed by the Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtor be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor and to remedy all other objections stated herein.

**WHEREFORE**, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor and to remedy all other objections stated herein;

2. For attorneys' fees and costs herein,

3. For such other relief as this Court deems proper.

Respectfully submitted,

**McCARTHY & HOLTHUS, LLP**

10/24/2017

By: /s/ Lakshmi Jagannath
Lakshmi Jagannath, Esq.
*Attorney for Secured Creditor*

2

Lakshmi Jagannath, Esq. (027523)
Ross M. Mumme, Esq. (029956)
**McCARTHY & HOLTHUS, LLP**
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258
Phone (480) 302-4250
Fax (480) 302-4101
bknotice@mccarthyholthus.com

Attorneys for Bank of America, N.A.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:17-bk-10481-DPC |
| | ) |
| | ) Chapter 13 |
| | ) |
| Gautam Chopra, | ) |
| | ) **PROOF OF SERVICE** |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |

On 10/27/2017, I served the document described as **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** on the following individuals by electronic means through the Court's ECF program:

DEBTOR'S COUNSEL
Brian Dault
brian@daultlaw.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Salvador Arroyo
Salvador Arroyo

File No. AZ-17-139225    1    Case No. 2:17-bk-10481-DPC
Re: 8180 Boat Hook Loop #309    Proof of Service

On 10/27/2017, I served the document described as **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Gautam Chopra, 1 N. Hearthstone Way, #315, Chandler, AZ 85226

DEBTOR'S COUNSEL
Brian Dault, Dault Law Offices, 668 N 44th St., Ste 300, Phoenix, AZ 85008

TRUSTEE
Russell Brown, Chapter 13 Trustee, Suite 800, 3838 North Central Avenue, Phoenix, AZ 85012

U.S. TRUSTEE
230 North First Avenue, Suite 204, Phoenix, AZ 85003-1706

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Hue Banh
Hue Banh